No. 07-15-00415-CV

| Matthew Bauman | § | From the 223rd District Court |
|---|---|---|
| Appellant | | of Gray County |
| | § | |
| v. | | December 7, 2015 |
| | § | |
| Aldridge Electric, Inc. | | Opinion Per Curiam |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated December 7, 2015, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o